BERNARD C. MADDEN et al., Appellants, v. CHARLES T. ATKINS, Individually and as President of New York Association No. 88 of Masters and Mates of the National Organization Masters, Mates and Pilots of America, Inc., et al., Respondents.— In an action for an injunction to restrain the expulsion of certain of the plaintiffs from, and restoring them to good standing in, the defendant local and national unions, and for other relief, plaintiffs appeal from an order denying their motion for an injunction *pendente lite*. Order affirmed, without costs. The action should be tried. (See *Horsfall* v. *Schuler*, 217 App. Div. 146; *Bergen Beach Land Corp.* v. *City of New York*, 192 App. Div. 884, and *Schenck* v. *Underhill*, 205 App. Div. 162.) Nolan, P. J., Adel, MacCrate and Schmidt, JJ., concur; Murphy, J., dissents, votes to reverse the order and to grant the motion.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR GUNNING, Appellant.— In a filiation proceeding, defendant appeals from an order of the Children's Court, Suffolk County, adjudging him to be the father of a child and directing defendant to pay $5 a week for the child's support until such child shall have arrived at the age of sixteen years. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.